**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00581-BNB

WYATT T. HANDY JR.,

    Plaintiff,

v.

SGT. CUMMINGS, Individually & Official Capacity,
DEP. WENDELBURY, Individually,
DEP. THAO, Individually,
DEP. LIGON, Individually,
DEP. ELLEDGE, Individually,
DEP. GIRARD, Individually,
MRS. GRETCHEN, Individually & Official Capacity, and
T. WARD #09027, Individually & Official Capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the Plaintiff's Motion to Amend Complaint (Doc No. 16) filed on April 14, 2011. Plaintiff's Motion is DENIED as unnecessary.

Dated: April 18, 2011