IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00581-WYD-KMT

WYATT T. HANDY JR.,

      Plaintiff,

v.

SGT. CUMMINGS, Individual and Official Capacity,
DEP. WENDELBURG, Individually,
DEP. THAO, Individually,
DEP. LIGON, Individually,
DEP. ELLEDGE, Individually,
DEP. GIRRARD, Individually,
MRS. GRETCHEN, Individual and Official Capacity,
WOOD, Individual and Official Capacity,
MRS. MOLLENDOR, Individually,
DEP. LITWILER Individually,
NANCY, Individual and Official Capacity,
DEP. MORRISSON, Individual,
DEP. KRAUS, Individual,
DEP. GALLEGOS, Individual,
DEP. HUNT, Individual, and
SGT. CLARK, Individual and Official Capacity,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2011

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 22nd day of April, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00581-WYD-KMT

Wyatt T. Handy, Jr.
Prisoner No. 1006451
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155

US Marshal Service
Service Clerk
Service forms for: Sgt. Cummings, Deputy Wendelburg, Deputy Thao, Deputy Ligon, Deputy Elledge, Deputy Girrard, Mrs. Gretchen, Wood, Mrs. Mollendor, Deputy Litwiler, Nancy, Deputy Morrisson, Deputy Kraus, Deputy Gallegos, Deputy Hunt, and Sgt. Clark

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Sgt. Cummings, Deputy Wendelburg, Deputy Thao, Deputy Ligon, Deputy Elledge, Deputy Girrard, Mrs. Gretchen, Wood, Mrs. Mollendor, Deputy Litwiler, Nancy, Deputy Morrisson, Deputy Kraus, Deputy Gallegos, Deputy Hunt, and Sgt. Clark: AMENDED COMPLAINT FILED 4/14/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/25/11 .

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                        Deputy Clerk