IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00581–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

SGT. CUMMINGS, individual & official capacity,
DEP. WENDELBURG, individually,
DEP. THAO, individually,
DEP. LIGON, individually,
DEP. ELLEDGE, individually,
DEP. GIRRARD, individually,
 MRS. GRETCHEN, individual & official capacity,
WOOD, individual & official capacity,
MRS. MOLLENDOR, individually,
DEP. LITWILER, individually,
NANCY, individual & official capacity,
DEP. MORRISON, individual,
DEP. KRAUS, individual,
DEP GALLEGOS, individual,
DEP. HUNT, individual, and
SGT. CLARK, individual & official capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court in Plaintiff's "Motion for Court Ordered Service of Summons and the Second Amended Complaint on the Defendants." (Doc. No. 56, filed 6/7/2011.) On May 5, 2011, Plaintiff filed a motion for leave to amend the complaint. (Doc. No. 34.) In the present motion he states that, on May 5, 2011, he "filed and served a 'second' amended complaint with this court . . . ." (Doc. No. 56 at 1.) Plaintiff has not received leave to file a second amended complaint. Moreover, all Defendants, except Defendant Morrisson, have been served with

Plaintiff's Amended Complaint and defense counsel recently filed an answer on their behalf. Accordingly, if Plaintiff's motion for leave to amend is granted, Defendants will receive service through the Court's electronic case filing (ECF) system.  The motion is DENIED.

Dated: June 8, 2011.