IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00581–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

SGT. CUMMINGS, individual & official capacity,
DEP. WENDELBURG, individually,
DEP. THAO, individually,
DEP. LIGON, individually,
DEP. ELLEDGE, individually,
DEP. GIRRARD, individually,
MRS. GRETCHEN, individually,
WOOD, individually,
MRS. MOLLENDOR, individually,
DEP. LITWILER, individually,
NANCY, individual & official capacity,
DEP. MORRISON, individual,
DEP. KRAUS, individual,
DEP GALLEGOS, individual,
DEP. HUNT, individual,
SGT. CLARK, individual & official capacity,
SGT. DOIZAKI, individual & official capacity,
DEP. EMERSON, individual,
DEP KLEINHEKSEL, individual,
SHERIFF GRAYSON ROBINSON, individual & official capacity,
CAPT. SAUTER, individual & official capacity,
LT. WHITIKER, individual & official capacity,
SGT. RANKIN, individual & official capacity,
DEP. FREEMAN, individual,
DEP. LONGFELLOW, individual, and
DEP. HAMM, individual,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 1 1 2011
GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on Plaintiff's Amended Prisoner Complaint (Doc. No. 73) and the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the new defendants added pursuant to Plaintiff's Amended Prisoner Complaint (Doc. No. 73). If unable to do so, the United States Marshal shall serve a copy of the amended complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the new defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated this 7th day of July, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00581-WYD-KMT

Wyatt T. Handy, Jr.
Prisoner No. 1006451
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155

Sgt. Doizaki, Dep. Emerson, Dep. Kleinheksel,
Sheriff Grayson Robinson, Capt. Sauter, Lt. Whitiker, Sgt. Rankin,
Dep. Freeman, Dep Longfellow, and Dep. Hamm - WAVIER*
c/o John Richard Christofferson
Arapahoe County Attorney's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the John R. Christofferson for service of process on Sgt. Doizaki, Dep. Emerson, Dep. Kleinheksel, Sheriff Grayson Robinson, Capt. Sauter, Lt. Whitiker, Sgt. Rankin, Dep. Freeman, Dep. Longfellow, and Dep. Hamm: AMENDED COMPLAINT FILED 7/01/11, SUMMONS, WAIVER, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/11/11.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk