IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00581–WYD–KMT

WYATT T. HANDY JR.,

     Plaintiff,

v.

SGT. CUMMINGS, individual & official capacity,
DEP. WENDELBURG, individually,
DEP. THAO, individually,
DEP. LIGON, individually,
DEP. ELLEDGE, individually,
DEP. GIRRARD, individually,
MRS. GRETCHEN, individually,
WOOD, individually,
MRS. MOLLENDOR, individually,
DEP. LITWILER, individually,
NANCY, individual & official capacity,
DEP. MORRISON, individual,
DEP. KRAUS, individual,
DEP GALLEGOS, individual,
DEP. HUNT, individual,
SGT. CLARK, individual & official capacity,
SGT. DOIZAKI, individual & official capacity,
DEP. EMERSON, individual,
DEP KLEINHEKSEL, individual,
SHERIFF GRAYSON ROBINSON, individual & official capacity,
CAPT. SAUTER, individual & official capacity,
LT. WHITIKER, individual & official capacity,
SGT. RANKIN, individual & official capacity,
DEP. FREEMAN, individual,
DEP. LONGFELLOW, individual, and
DEP. HAMM, individual,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court Ordered Service of the Summons and Complaint on Dep. Morrisson" (Doc. No. 84, filed July 25, 2011) is DENIED. It is Plaintiff's responsibility to prosecute this action and, even if service is to be executed by the United States Marshals Service, Plaintiff must provide the court with the proper information to locate a defendant to serve.

Nevertheless, complying with an order from this court to supply contact information for Defendant Morrison (Doc. No. 76), Defendants have advised the court that, upon information and belief, Defendant Morrison, who is no longer employed by the Arapahoe Sheriff's Office, has been deployed to Iraq to work in the private security field. Additionally, Defendant's counsel sent a certified letter to Defendant Morrison at his last known address, and the letter was returned to sender as unable to forward. Finally, several calls to Defendant Morrison's last telephone number have gone directly to voice mail, and messages have not been returned.

Dated: July 26, 2011