IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00581–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

SGT. CUMMINGS, individual & official capacity,
DEP. WENDELBURG, individually,
DEP. THAO, individually,
DEP. LIGON, individually,
DEP. ELLEDGE, individually,
DEP. GIRARD, individual,
GRETCHEN SETTAMBRINGO, individual & official capacity,
TERRI WOOD, individual
MELINDA MOLLENDOR, individual,
DEP. LITWILER, individual & official capacity,
NANCY SIVAK, individual,
DEP. KRAUSE, individual,
DEP GALLEGOS, individual,
DEP. HUNT, individual,
SGT. CLARK, individual & official capacity,
SGT. DOIZAKI, individual & official capacity,
DEP. EMERSON, individual,
DEP KLEINHEKSEL, individual,
SHERIFF GRAYSON ROBINSON, individual & official capacity,
CAPT. SAUTER, individual & official capacity,
LT. WHITIKER, individual & official capacity,
SGT. RANKIN, individual & official capacity,
DEP. FREEMAN, individual,
DEP. LONGFELLOW, individual,
DEP. HAMM, individual,
LT. WICKSTROM, individual & official,
LT. VIENOT, individual & official,
DEP. TERRY, individual,
DEP. C JONES, individual,

COUNTY OF APARAHOE,
DEP. VIGIL, individual,
SGT. NORDI, individual & official,
APARAHOE COUNTY SHERIFF DEPARTMENT, and
DEP. VINCENT, individual,

  Defendants.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Objections and Response to the Continuance of his Final Pretrial Conference Hearing and Request for a Date Sooner than the June 25, 2012 Date and Order Defendants [sic] Attorney to Meet with Plaintiff" (Doc. No. 161, filed June 5, 2012) is GRANTED in part and DENIED in part.

Plaintiff seeks to move the Final Pretrial Conference to a date sooner than the current date of June 25, 2012 because Plaintiff has a motion hearing in a criminal matter on that day that will likely conflict with the Final Pretrial Conference. However, the court is unavailable for a Final Pretrial Conference prior to June 25, 2012. To avoid a potential conflict with Plaintiff's criminal hearing, the Final Pretrial Conference is RESET for June 28, 2012 at 9:00 a.m.

Plaintiff's Motion also seeks an order that Defendant's counsel meet with Plaintiff to prepare the proposed Final Pretrial Order. <u>Both</u> parties are responsible for preparing the proposed Final Pretrial Order no later than **June 21, 2012.** However, how this task is accomplished is up to the parties.

Dated: June 6, 2012