IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00581–WYD–KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

SGT. CUMMINGS, individual & official capacity,
DEP. WENDELBURG, individually,
DEP. THAO, individually,
DEP. LIGON, individually,
DEP. ELLEDGE, individually,
DEP. GIRARD, individual,
DEP. LITWILER, individual & official capacity,
NANCY SIVAK, individual,
DEP. KRAUSE, individual,
DEP GALLEGOS, individual,
DEP. HUNT, individual,
SGT. CLARK, individual & official capacity,
SGT. DOIZAKI, individual & official capacity,
DEP. EMERSON, individual,
DEP KLEINHEKSEL, individual,
SHERIFF GRAYSON ROBINSON, individual & official capacity,
CAPT. SAUTER, individual & official capacity,
LT. WHITIKER, individual & official capacity,
SGT. RANKIN, individual & official capacity,
DEP. FREEMAN, individual,
DEP. LONGFELLOW, individual,
DEP. HAMM, individual,
LT. WICKSTROM, individual & official,
LT. VIENOT, individual & official,
DEP. TERRY, individual,
DEP. C JONES, individual,
DEP. VIGIL, individual,
SGT. NORDI, individual & official,
APARAHOE COUNTY SHERIFF DEPARTMENT, and
DEP. VINCENT, individual,

Defendants.

## APPOINTMENT ORDER

In light of the United States District Court for the District of Colorado's recently adopted *Pilot Program to Implement A Civil Pro Bono Panel,* in accordance with Part III.C. thereof and consistent with the court's previous Order granting Plaintiff's Motion for Assignment of Counsel (Doc. No. 211, filed Apr. 19, 2013), the court hereby determines that Plaintiff Wyatt T. Handy Jr. merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations have been met:

1) the nature and complexity of the action;

2) the potential merit of the *pro se* party's claims;

3) the demonstrated inability of the *pro se* party to retain counsel by other means; and

4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Accordingly, it is ORDERED that the Clerk of Court shall select, notify, and appoint counsel to represent the *pro se* litigant in this civil matter.

Dated this 11th day of July, 2013.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge