IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00581-WYD-KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

SGT. CUMMINGS, individual and official capacity, *et al.*,

    Defendants.

---

### ORDER

---

THIS MATTER comes before the Court on the Notice of Settlement [ECF No. 289] filed June 4, 2014.  After a review of the Notice of Settlement and the file, it is

ORDERED that the continued Final Trial Preparation Conference set for Wednesday, June 11, 2014, at 11:00 a.m. and the 5-day jury trial set to commence on Monday, June 16, 2014, at 9:00 a.m. are **VACATED.**  It is

FURTHER ORDERED that dismissal papers shall be filed on or before **Friday, June 20, 2014.**

Dated:  June 5, 2014.

                                      BY THE COURT:


                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge