IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00581-WYD-KMT

WYATT T. HANDY JR.,

      Plaintiff,

v.

SGT. CUMMINGS, individual and official capacity, *et al.*,

      Defendants.

## ORDER

THIS MATTER comes before the Court upon the parties' Stipulated Joint Motion for Dismissal with Prejudice of Certain Parties Defendant and the Substitution of Arapahoe County Sheriff David Walcher for Former Arapahoe County Sheriff and Defendant Grayson Robinson filed June 13, 2014.  The Court, finding good cause therefore,

ORDERS that the Stipulated Joint Motion for Dismissal with Prejudice of Certain Parties Defendant and the Substitution of Arapahoe County Sheriff David Walcher for Former Arapahoe County Sheriff and Defendant Grayson Robinson is **GRANTED.**  In accordance therewith, it is

ORDERED that Plaintiff's claims and complaint against Defendants Sgt. Cummings, Deputy Wendelburg, Deputy Thao, Deputy Ligon, Deputy Elledge, Deputy Girard, Deputy Litwiler, Nancy Sivak, Deputy Kraus, Deputy Gallegos, Deputy Hunt, Sgt. Clark, Sgt. Doizaki, Deputy Emerson, Deputy Kleinheksel, Sheriff Grayson Robinson, Captain Sauter, Lt. Whitaker (Whitiker), Sgt. Rankin, Deputy Freeman, Deputy Longfellow, Deputy Hamm, Lt. Wickstrom, Lt. Vienot, Deputy Terry, Deputy C.

Jones, Deputy Vigil, Sgt. Nardi, and Deputy Vincent are **DISMISSED WITH PREJUDICE**, and said Defendants are dismissed from the case, each party to bear his/her own costs and fees.  It is

FURTHER ORDERED that current Arapahoe County Sheriff David Walcher, in his official capacity only, is substituted for former Arapahoe County Sheriff Grayson Robinson as a named defendant.  Finally, it is

ORDERED that the case caption in this action shall henceforth be amended to reflect the dismissal and substitution of the parties specified above.

Dated:  June 18, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE