IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00581-WYD-KMT

WYATT T. HANDY JR.,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF DAVID WALCHER, in his official capacity, and ARAPAHOE COUNTY SHERIFF OFFICE,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' Stipulated Joint Motion for Dismissal with Prejudice filed June 19, 2014.  The Court, finding good cause therefore, hereby

ORDERS that the parties' Stipulated Joint Motion for Dismissal with Prejudice [ECF No. 293] is **GRANTED.**  Plaintiff's claims and complaint are **DISMISSED WITH PREJUDICE** in their entirety, each party to bear their own costs and fees.

Dated:  June 19, 2014.

                                          BY THE COURT:

                                          /s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          SENIOR UNITED STATES DISTRICT JUDGE